# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Rassan Omar McMillan**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00410-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Snipes | ) | |
| John Doe | | |
| FNU Stanback | | |
| David R. Mitchell | | |
| Jane Doe**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 16, 2017 Order.

February 16, 2017

_____
Frank G. Johns, Clerk
United States District Court